UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| BRANDON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 5:19-CV-253-D** |
| | ) | |
| STATE OF NORTH CAROLINA OFFICE OF | ) | |
| THE GOVERNOR, and COMMISSIONER | ) | |
| DEPARTMENT OF MOTOR VEHICLE, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.R 23]. Williams's application to proceed in forma pauperis [D.E. 1] is GRANTED, and Williams's complaint and other motions [D.E. 5, 6, 7, 8, 12] are DISMISSED.

**This Judgment Filed and Entered on February 13, 2020, and Copies To:**

| | |
|---|---|
| Brandon Williams | (Sent to P.O. Box 791481Charlotte, NC 28206-3736 via US Mail) |
| Jonathan J. Evans | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| February 13, 2020 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |