IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-253-D

| | | |
|---|---|---|
| BRANDON WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STATE OF NORTH CAROLINA OFFICE OF THE GOVERNOR, and COMMISSIONER DEPARTMENT OF MOTOR VEHICLES, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

On June 19, 2019, Brandon Williams ("Williams" or "plaintiff"), appearing pro se, applied to proceed in forma pauperis under 28 U.S.C. § 1915 [D.E. 1]. On June 26, 2019, the court referred the motion to Magistrate Judge Swank for frivolity review [D.E. 2]. Williams then filed petitions for judgment [D.E. 5, 6, 7, 8]. On October 14, 2019, defendant Commissioner Department of Motor Vehicles filed a motion to dismiss and supporting memorandum [D.E. 12, 13]. On October 23 and October 25, 2019, Williams filed responses to the motion to dismiss [D.E. 15, 16]. On November 6, 2019, Williams filed a notice of violation of Rule 12(a)(2) and an affidavit [D.E. 17, 18]. On December 10, 2019, Williams filed a notice of appeal for violation of Rule 12(a)(2) [D.E. 19]. On January 23, 2020, Magistrate Judge Swank issued a Memorandum and Recommendation ("M&R") [D.E. 23]. Objections to the M&R were due by February 10, 2020. See Id. at 7. No objections were filed.

On February 12, 2020, the court adopted the conclusions in the M&R and dismissed the complaint and other motions [D.E. 26]. On February 13, 2020, Williams objected to the M&R [D.E.

29]. On February 14, 2020, Williams filed a motion for judgment as a matter of law [D.E. 30]. On March 17, 2020, the United States Court of Appeals for the Fourth Circuit dismissed Williams's appeal [D.E. 31]. On April 8, 2020, Williams filed motion for reconsideration in opposition to dismissal [D.E. 34].

The court has reviewed the entire record. Williams's motion for reconsideration [D.E. 34] is baseless and is DENIED. Moreover, Magistrate Judge Swank properly analyzed the merits of Williams's claims. Thus, even if Williams timely filed his objections, the result does not change.

SO ORDERED. This 15 day of June 2020.

JAMES C. DEVER III
United States District Judge